# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| **LUKOIL NORTH AMERICA, LLC,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:16-CV-399-DBH |
| | ) | |
| **JOHN V. FINOCHETTI,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

## ORDER TO SHOW CAUSE

Since no objection has been filed (and the lawyers have notified their client), the motion to withdraw as counsel for plaintiff (ECF No. 24) is **GRANTED**. Granting the motion leaves this limited liability company without legal representation in this court. Under First Circuit law, an LLC cannot proceed in federal court without counsel of record. Hooper-Haas v. Ziegler Holdings, LLC, 690 F.3d 34, 41 n.2 (1st Cir. 2012); Rowland v. Cal. Men's Colony, 506 U.S. 194, 201-02 (1993). Accordingly, the plaintiff shall **SHOW CAUSE** by May 9, 2017, why this case should not be dismissed for failure to prosecute. Withdrawing counsel shall notify their client's in-house counsel of this Order and certify to the court that they have done so.

**SO ORDERED.**

**DATED THIS 25TH DAY OF APRIL, 2017**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**