## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| **LUKOIL NORTH AMERICA, LLC,** | ) |
| **PLAINTIFF** | ) |
| v. | ) CIVIL NO. 2:16-CV-399-DBH |
| **JOHN V. FINOCHETTI,** | ) |
| **DEFENDANT** | ) |

## ORDER OF DIMISSAL

The plaintiff has failed to respond to this Court's Order of April 25, 2017, ordering it to show cause why this case should not be dismissed for failure to prosecute. Accordingly, the case is now **DISMISSED** for failure to prosecute.

**SO ORDERED.**

**DATED THIS 11TH DAY OF MAY, 2017**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**